ELLIOT ENOKI
United States Attorney
District of Hawaii

Wes Porter
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
(808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 0 2001

at __9__ o'clock and ____ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TYRONE D. FELLERS, )<br>)<br>Defendant, )<br>) | CR01-00233 HG<br><br>INDICTMENT<br><br>18 U.S.C. § 2242(2)(B)<br>18 U.S.C. § 2244(A)(2) |

<u>INDICTMENT</u>

The Grand Jury Charges:

<u>COUNT 1</u>

On or about March 12, 2001, in the District of Hawaii, at Tripler Army Medical Center, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **TYRONE D. FELLERS**, did knowingly engage in a sexual act, to wit, penetration, however slight, of the genital opening of L.M.P. by a finger, with an intent to arouse and gratify the

his own sexual desire, with L.M.P., who was, as the defendant well knew, at that time, physically incapable of declining participation in and communicating unwillingness to engage in the aforementioned sexual act.

All in violation of Title 18, United States Code, Section 2242(2)(B).

### COUNT 2

On or about March 12, 2001, in the District of Hawaii, at Tripler Army Medical Center, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **TYRONE D. FELLERS**, did knowingly engage in sexual contact, to wit, the intentional touching, directly of the breast of L.M.P., with an intent to arouse and gratify his own sexual desire, with L.M.P., who was, as the defendant well knew, at that time, physically incapable of declining participation in and communicating unwillingness to engage in the aforementioned sexual contact.

All in violation of Title 18, United States Code, Section 2244(a)(2).

### COUNT 3

On or about March 12, 2001, in the District of Hawaii, at Tripler Army Medical Center, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **TYRONE D. FELLERS**, did knowingly engage in sexual contact, to wit, the intentional placing L.M.P.'s hand directly on his

genitalia, with an intent to arouse and gratify his own sexual desire, with L.M.P., who was, as the defendant well knew, at that time, physically incapable of declining participation in and communicating unwillingness to engage in the aforementioned sexual contact.

All in violation of Title 18, United States Code, Sections 7(3) and 2244(a)(2).

Dated: 6/20/01       , at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury


_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
WES PORTER
Special Assistant U.S. Attorney




UNITED STATES v. TYRONE FELLERS
CR. #
INDICTMENT